UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

*FILED U.S. DISTRICT COURT SAVANNAH DIV. AUG -3 2015 CLERK SO DIST OF GA*

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ricky Mitchell | ) | Case No: 5:97-cr-00003-22 |
| | ) | USM No: 22323-018 |
| Date of Original Judgment: December 16, 1997 | ) | Earl Daniel Smith, Jr. |
| Date of Previous Amended Judgment: | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated December 16, 1997, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: Aug. 3, 2015

*Judge's signature*

Effective Date: _____
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*