IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR597-003
)
RICKY MITCHELL, )
)
Defendant. )
)

## ORDER

Before the Court is Defendant Ricky Mitchell's Motion for Reduction Under 3582(g)(2). (Doc. 2201.) This Court has repeatedly denied Defendant's request for a sentence reduction under 18 U.S.C. § 3582. (Doc. 2154; Doc. 2200.) After reviewing Defendant's motion, the Court again concludes that he is not entitled to a sentence reduction because he is not serving "a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." Accordingly, Defendant's motion is **DENIED**. In addition, Defendant's Motion to Appoint Counsel (Doc. 2202) is also **DENIED**. See United States v. Webb, 565 F.3d 789, 794-95 (11th Cir. 2009) (holding that Fifth Amendment does not provide mandatory right to counsel for motions to reduce sentence based on § 3582(c)(2)).

SO ORDERED this 30th day of March 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA