# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Waycross Division

United States of America
v.
Ricky Mitchell

Case No: 5:97-cr-00003-22
USM No: 22323-018

Date of Original Judgment: December 16, 1997
Date of Previous Amended Judgment: November 4, 2016
*(Use Date of Last Amended Judgment if Any)*

Earl Daniel Smith, Jr.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  360  months **is reduced to**  Time served plus 10 days  .

*(Complete Parts I and II of Page 2 when motion is granted)*

[FILED stamp: U.S. DISTRICT COURT SAVANNAH DIV. 2019 FEB -5 PM 3:00 CLERK SO. DIST. OF GA.]

Except as otherwise provided, all provisions of the judgment dated  December 16, 1997,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 5, 2019

*Judge's signature*

Effective Date: _____
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*